# Third District Court of Appeal

## State of Florida

Opinion filed October 15, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D24-2194
Lower Tribunal No. F24-11293

————————————

**Lyndon Kinser,**
Appellant,

vs.

**State of Florida, and Ricky D. Dixon, Secretary, Florida Department of Corrections,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, David Young, Judge.

Lyndon Kinser, in proper person.

James Uthmeier, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, Assistant Attorney General, for appellee State of Florida; Kelly R. Forren, Assistant General Counsel (Tallahassee), for appellee Ricky D. Dixon, Secretary, Florida Department of Corrections.

Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.